# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| EDWARD LITTLE, ET AL. | * | CIVIL ACTION NO. 6:17-0724 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| THOMAS FREDERICK, ET AL. | * | MAG. JUDGE PATRICK J. HANNA |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 122] having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Mark Garber's motion to dismiss [Doc. No. 89] is **GRANTED IN PART and DENIED IN PART**. The motion is **DENIED** to the extent that Sheriff Garber seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1). The motion is **GRANTED** to the extent that Sheriff Garber seeks dismissal pursuant to Rule 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Sheriff Garber's re-urged motion to dismiss [Doc. No. 18], filed pursuant to Rule 12(b)(6), is **GRANTED**. Therefore, the claims against Sheriff Garber are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 14th day of November, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE