# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **EDWARD LITTLE, ET AL.** | * | **CIVIL ACTION NO. 6:17-0724** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **THOMAS FREDERICK, ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 123] having been considered, noting the absence of objections in the record, and finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Defendant Mark Garber's Motion for Sanctions under Rule 11 [Doc. No. 107] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees under Rule 11(c)(2), contained in his opposition memorandum [Doc. No. 109] is **DENIED**.

MONROE, LOUISIANA, this 14th day of November, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE