UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
(LAFAYETTE DIVISION)

***************************************
| | | |
|---|---|---|
| EDWARD LITTLE and SHEILA ANN MURPHY, on behalf of themselves and all others similarly situated, | * * * * | CIVIL DOCKET |
| Plaintiffs, | * * | DOCKET NO.: 6:17-CV-724 |
| V. | * * | |
| COMMISSIONER THOMAS FREDERICK, in his judicial capacity as Commissioner of the 15th Judicial District of Louisiana; CHIEF JUDGE KRISTIAN EARLES, in his official capacity as Chief Judge of the 15th Judicial District of Louisiana; and SHERIFF MARK GARBER, in his official capacity as Sheriff of Lafayette Parish, Louisiana | * * * * * * * * * * | JUDGE TERRY A. DOUGHTY  MAGISTRATE JUDGE PATRICK J. HANNA |
| Defendants, | * * | |

********************************************************************************

**DEFENDANTS' COUNTERSTATEMENT OF UNDISPUTED
MATERIAL FACTS PURSUANT TO LOCAL RULE 56.2**

Defendants respectfully submit this counterstatement of undisputed material facts:

12. For persons arrested on a warrant, Commissioner Frederick sets a secured bond amount at the time he approves the warrant (Exhibit 6 at 43). When setting such an amount, he considers only the allegations of wrong doing and the penalties prescribed under the law. Id. at 46-47- 67-69.

    (a) Defendants do not dispute that for persons arrested on a warrant, Commissioner Frederick sets a bond amount at the time he approves the warrant. Defendants dispute that only the allegations of wrongdoing and the penalties prescribed under the laws are considered when he

sets the amount.  The ability to pay, is also one of the factors Commissioner Frederick considers when he sets a bond.  Plaintiffs' Exhibit 6 at 84-85.

    34.  Nor does he consider the financial situation in a PIDA that may be submitted to him: Q: So, between when you first initially set the bond when someone's first arrested and that person's initial appearance, if they were to send you financial information, do you consider that information?  A: No.  Exhibit 6 at 118.

    (a)  Defendants dispute only the fact that under state law, Commissioner Frederick does not have authority to reduce bonds.  *State v. Broussard*, KW 09-00343 (La. App. 3rd. Cir., March 25, 2009), thus after the bond is initially set, he cannot reduce it.

    Defendants do not dispute plaintiff's remaining facts.

                                           Respectfully submitted,

                                           **JEFF LANDRY**
                                           **ATTORNEY GENERAL**

**BY:**    <u>/s/ *David G. Sanders*</u>
           DAVID G. SANDERS, Bar Roll #11696
           ASSISTANT ATTORNEY GENERAL
           Louisiana Department of Justice
           Litigation Division
           Post Office Box 94005
           Baton Rouge, Louisiana  70804-9005
           Telephone:  (225) 326-6300
           Facsimile:  (225) 326-6491
           Email: sandersd@ag.louisiana.gov
           *Counsel of Record for Thomas Frederick, Commissioner, 15th JDC, Honorable Kristian Earles, Judge, 15th JDC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Defendants' Counterstatement of Undisputed Material Facts Pursuant to Local Rule 56.2** has been electronically filed using the court's CM/ECF system which will provide a notice of electronic filing to counsel of record in the matter of *Edward Little and Sheila Ann Murphy vs. Commissioner Thomas Frederick, et al,* Docket No. 17-CV-724, U. S. District Court, Western District of Louisiana.

<u>Attorneys for Plaintiffs James M. Wheat And Danny Brinson notified via CM/ECF</u>**:**

Katharine M. Schwartzmann, Esq.
katie.schwartzmann@macarthurjustice.org

Eric A. Foley, Esq.
eric.foley@macarthurjustice.org

Charles L. Gerstein
Charlie@civilrightscorps.org

Premal T. Dharia
Premal@civilrightscorps.org

<u>Attorneys for Defendant Mark Garber notified via CM/ECF:</u>

Stephen J. Oats
Oats@oatsmarino.com

Patrick Bayard McIntire
Pmcintire@oatsmarino.com

Baton Rouge, Louisiana, on this **19th** day of **November, 2018**.

<u>/s/  David G. Sanders</u>
**DAVID G. SANDERS**