United States District Court for the Western
District of Louisiana
File Number 6:17-CV-00724

| | |
|---|---|
| Edward Little and Sheila Ann Murphy, on behalf of themselves and all others similarly situated,<br>        Plaintiffs<br>v.<br><br>Commissioner Thomas Frederick, in his judicial capacity as Commissioner of the 15th Judicial District of Louisiana; Chief Judge Kristian Earles, in his official capacity as Chief Judge of the 15th Judicial District of Louisiana; and Sheriff Mark Garber, in his official capacity as Sheriff of Lafayette Parish, Louisiana,<br>        Defendants. | Notice of Appeal |

     Notice is hereby given that Edward Little and Sheila Ann Murphy on behalf of themselves and all others similarly situated, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 7th day of February, 2020.

/s/ Charles Lewis Gerstein
Attorney for Plaintiffs
Address: 1601 Connecticut Avenue NW
Suite 800
Washington, DC 20009
